```
___✓__ FILED            _____ RECEIVED
_____ ENTERED           _____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

        SEP 26 2024

    CLERK US DISTRICT COURT
       DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> OTONIEL LUGO-CAMPOS, ) <br> ) <br> Defendant. ) | Case no. 2:24-cr-00199-RFB-EJY <br><br> **ORDER** |

**IT IS HEREBY ORDERED** that the Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE) shall provide to counsel for the above-named defendant a complete copy of every document and any other items contained in the defendant's Alien ("A") file within <u>seven (7) days</u> of the date of this Order, unless the Government files a formal objection or other appropriate motion within <u>six (6) days</u> of the date of this Order.

**IT IS FURTHER ORDERED** that the U.S. Attorney's Office shall serve a copy of this Order on the Officer in charge, Department of Homeland Security, Immigration and Customs Enforcement (DHS/ICE), Las Vegas, Nevada.

DATED this 26th day of September, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE