RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Otoniel Lugo-Campos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OTONIEL LUGO-CAMPOS,<br><br>　　　　Defendant. | Case No. 2:24-cr-00199-RFB-EJY<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Clay Plummer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Otoniel Lugo-Campos, that the Sentencing Hearing currently scheduled on May 22, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defense and the government received notice on May 19, 2025, that Mr. Lugo-Campos was involved in an incident at Nevada Southern Detention Center.

　　　　2.　　Counsel for the defense and the government are waiting to receive additional information and evidence related to this incident.

3. Counsel for the defense and the government will require time to review that information and evidence in advance of sentencing.

4. The defendant is in custody.

5. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 21st day of May, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By */s/ Rick Mula*<br>RICK MULA<br>Assistant Federal Public Defender | By */s/ Clay Plummer*<br>CLAY PLUMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>OTONIEL LUGO-CAMPOS,<br><br>   Defendant. | Case No. 2:24-cr-00199-RFB-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for May 22, 2025 at 1:00 p.m., be vacated and continued August 15, at 1:45 p.m.

DATED this 21st day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE

3